# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| vs.  ) | Case No. |
| ) | |
| **NEHEMIAH ARELIOUS EDISON** ) | |

## INFORMATION

The United States Attorney charges:

**COUNT ONE**: Title 50, United States Code, Section 797. **Violation of Defense Property Security Regulation for Firearm Possession.**

That on or about the 18th day of April, 2023, within the Northern District of Alabama, the Defendant, **NEHEMIAH ARELIOUS EDISON,** on land acquired for the use of the United States and under the exclusive territorial jurisdiction thereof, that is, Redstone Arsenal, Alabama, did willfully violate a defense property security regulation by unlawfully possessing a firearm without prior authorization, in violation of Title 50, United States Code, Section 797.

PRIM F. ESCALONA
United States Attorney

_____
Digitally signed by MICHAEL PILLSBURY
Date: 2023.07.12 10:10:10 -05'00'

MICHAEL PILLSBURY
Assistant United States Attorney