# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ALABAMA SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **PLAINTIFF,** ) | |
| ) | |
| **vs.** ) | **CASE NUMBER.: 5:23cr00243** |
| ) | |
| **NEHEMIAH A. EDISON,** ) | |
| ) | |
| **DEFENDANT.** ) | |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

**COMES NOW**, in the above referenced case, counsel, **YASHIBA GLENN-BLANCHARD, ESQ.**, and respectfully enters her appearance as counsel for the Defendant, **NEHEMIAH A. EDISON** in the above referenced case.

Counsel, **YASHIBA GLENN-BLANCHARD, ESQ**., requests that all notices given or required to be given in this case, and all other papers, be served upon her as counsel for **NEHEMIAH A. EDISON** at the addresses shown below.

        **Respectfully Submitted,**

        */s/ Yashiba Glenn-Blanchard*
        Yashiba Glenn-Blanchard (ASB-0059K46F)
        Attorney for **Defendant**
        Glenn Blanchard & Associates. P.C.
        The Urban Center
        1000 Urban Center Drive, Suite 115
        Vestavia, Alabama 35242
        Office: 205-290-5349
        Fax: 205-874-9112
        yaashiba@glennblanchardassociates.com

## **CERTIFICATE OF SERVICE**

hereby certify that I have electronically served a copy of the foregoing ***NOTICE OF APPEARANCE AND REQUEST FOR SERVICE*** on this the 19th day of July 2023 to the following via electronic mail.

Honorable U.S. Attorney Prim F. Escalona
Northern District of Alabama
Birmingham Main Office
1801 4th Avenue North
Birmingham, Alabama 35203
Telephone: (205)244-2001
Fax: (205)244-2171

        */s/ YASHIBA GLENN-BLANCHARD*
        *YASHIBA GLENN-BLANCHARD*