# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ALABAMA SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **PLAINTIFF,** ) | |
| ) | |
| vs. ) | **CASE NUMBER.: 5:23cr00243** |
| ) | |
| **NEHEMIAH A. EDISON,** ) | |
| ) | |
| **DEFENDANT.** ) | |

## DEFENDANT'S MOTION TO CONTINUE

**COMES NOW**, in the above referenced case, counsel, **YASHIBA GLENN-BLANCHARD, ESQ.**, as counsel for the Defendant, **NEHEMIAH A. EDISON** and respectfully request that this **MOTION TO CONTINUE** is granted**,** and show to the court as follows**:**

1. That this matter is set for hearing on August 15, 2023, at 8:30 a.m. before this Honorable Court.

2. That the undersign is experiencing COVID-19 like symptoms and her ability to return to work is unknown at this time.

3. That the undersign is requesting that the hearing be reset.

4. That neither party to the case will be prejudice if the August 15, 2023, hearing is continued.

**WHEREFORE**, the undersigned prays that this Honorable Court enter an Order granting her **MOTION TO CONTINUE** herein.

**Respectfully Submitted,**

*/s/ Yashiba Glenn-Blanchard*
Yashiba Glenn-Blanchard (ASB-0059K46F)
Attorney for **Defendant**
Glenn Blanchard & Associates. P.C.
The Urban Center
1000 Urban Center Drive, Suite 115
Vestavia , Alabama 35242
Office: 205-290-5349
Fax: 205-874-9112
yashiba@glennblanchardassociates.com

## **CERTIFICATE OF SERVICE**

hereby certify that I have electronically served a copy of the foregoing ***DEFENDANT'S MOTION TO CONTINUE*** on this the 14th day of August, 2023 to the following via electronic mail.

Honorable U.S. Attorney Prim F. Escalona
Northern District of Alabama
Birmingham Main Office
1801 4th Avenue North
Birmingham, Alabama 35203
Telephone: (205)244-2001
Fax: (205)244-2171

*/s/ YASHIBA GLENN-BLANCHARD*
*YASHIBA GLENN-BLANCHARD*