# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| vs. | ) | **Case No.   5:23-cr-00243-HNJ** |
| | ) | |
| **NEHEMIAH ARELIOUS EDISON** | ) | |

## MOTION TO DISMISS

Comes now the United States of America, by and through its counsel, Prim F. Escalona, United States Attorney for the Northern District of Alabama, and Michael R. Pillsbury, Assistant United States Attorney, and respectfully requests that the information filed in the above-styled matter be dismissed with prejudice.

Respectfully submitted this the 28th day of August, 2023.

                    PRIM F. ESCALONA
                    United States Attorney


                    */s/ Electronic Signature*
                    MICHAEL R. PILLSBURY
                    Assistant United States Attorney

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing has been filed with the Court using the Court's CM/ECF system which will send notification of such filing to all parties of record on this the 28th day of August, 2022.

*/s/ Electronic Signature*
MICHAEL R. PILLSBURY
Assistant United States Attorney